In the Matter of the Claim of MARY SOVERSCANY, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — hemorrhage brought on by strain of using sledge.*

*Matter of Soverscany* v. *New York Central R. R. Co.*, 218 App. Div. 803, affirmed.

(Argued March 29, 1927; decided May 3, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 20, 1926, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant's husband, a blacksmith's helper, after using a sledge hammer in the making of certain tools " commenced to cough and spit up blood " and shortly after was found lying behind the forge. An award was made upon evidence that the strain of using the sledge hammer was the activating cause of the hemorrhage and death.

*Robert E. Whalen* for appellant.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.